IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JO KINDER                                                                                           PLAINTIFF

v.                                            No. 4:06CV01461 JLH

AT&T DISABILITY INCOME PLAN                                                      DEFENDANT

## ORDER OF DISMISSAL

The parties have notified the Court that this matter has been settled. Therefore, plaintiff's complaint and all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED this 27th day of July, 2007.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE